UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JIMMY ARON LITTLE**                                                                    PETITIONER
**ADC #122430**

VS.                            4:22-cv-00535-BRW-ERE

**DEXTER PAYNE,**
Director Arkansas Division of Correction                                  RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED with prejudice.

IT IS SO ORDERED this 7th day of November, 2022.

                                              BILLY ROY WILSON
                                   UNITED STATES DISTRICT JUDGE